THE FARMERS' LOAN AND TRUST COMPANY, Individually
and as Trustee under the Will of HERBERT B. TURNER,
Deceased, Appellant, *v.* ELIZABETH M. TURNER, Indi-
vidually and as Executrix of THORNTON F. TURNER,
Deceased, et al., Respondents.

(Submitted May 3, 1926; decided May 11, 1926.)

MOTION to amend remittitur.    (See 242 N. Y. 240.)

Motion granted.    Remittitur amended by allowing a
separate bill of costs to each guardian *ad litem* payable
out of estate.

---

CHARLES REIF, Appellant, *v.* JACOB RUTENBERG,
Respondent.

*Appeal — discretionary order — motion to dismiss appeal granted.*

*Reif* v. *Rutenberg,* 216 App. Div. 742, appeal dismissed.

(Submitted May 3, 1926; decided May 11, 1926.)

MOTION to dismiss an appeal from an order of the
Appellate Division of the Supreme Court in the first
judicial department, entered March 12, 1926, which
reversed an order of Special Term denying a motion to
dismiss the complaint and granted said motion.

The motion was made upon the ground that the order
·of the Appellate Division was discretionary.

*E. C. Sherwood* for motion.

*Charles Marks* opposed.

Motion granted and appeal dismissed, with costs, and
ten dollars costs of motion.

---

RIDLEY WATTS et al., Respondents, *v.* PHILLIPS-JONES
CORPORATION, Appellant.

Motion for reargument denied, with ten dollars costs
and necessary printing disbursements.    (See 242 N. Y.
557.)